UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLLENE COLLIER, KAREN GROCE and BARRY KUSNICK, on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 3:18-cv-00331 |
| MEDCARE INVESTMENT CORPORATION d/b/a MEDCARE INVESTMENT FUNDS, CARDIOVASCULAR CARE GROUP, INC., and CCG OF LOUISIANA, LLC, | ) **JUDGE ALETA TRAUGER** ) ) ) ) |
| Defendants. | ) |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.01(d), Defendants respectfully move the Court to grant Brett P. Furr, Michael A. Crawford, Thomas R. Peak and Jonathan A. Moore leave to appear in this matter *pro hac vice* on behalf of the Defendants. In support of this motion, Defendants state as follows:

1. Mr. Furr is a partner in the law firm of Taylor, Porter, Brooks & Phillips LLP, 450 Laurel Street, Baton Rouge, Louisiana 70801.

2. Mr. Furr is a member in good standing of the United States District Court for the Middle District of Louisiana and is admitted to practice before all Louisiana state courts. Mr. Furr's Certificate of Good Standing from the United States District Court for the Middle District of Louisiana is filed herewith.

3. Mr. Crawford is a partner in the law firm of Taylor, Porter, Brooks & Phillips LLP, 450 Laurel Street, Baton Rouge, Louisiana 70801.

4. Mr. Crawford is a member in good standing of the United States District Court for the Middle District of Louisiana and is admitted to practice before all Louisiana state courts. Mr. Crawford's Certificate of Good Standing from the United States District Court for the Middle District of Louisiana is filed herewith.

5. Mr. Peak is a partner in the law firm of Taylor, Porter, Brooks & Phillips LLP, 450 Laurel Street, Baton Rouge, Louisiana 70801.

6. Mr. Peak is a member in good standing of the United States District Court for the Middle District of Louisiana and is admitted to practice before all Louisiana state courts. Mr. Peak's Certificate of Good Standing from the United States District Court for the Middle District of Louisiana is filed herewith.

7. Mr. Moore is an associate in the law firm of Taylor, Porter, Brooks & Phillips LLP, 450 Laurel Street, Baton Rouge, Louisiana 70801.

8. Mr. Moore is a member in good standing of the United States District Court for the Middle District of Louisiana and is admitted to practice before all Louisiana state courts. Mr. Moore's Certificate of Good Standing from the United States District Court for the Middle District of Louisiana is filed herewith.

9. If admitted *pro hac vice*, Mr. Furr, Mr. Crawford, Mr. Peak and Mr. Moore will abide by all rules of this Court.

4. Mr. Furr, Mr. Crawford, Mr. Peak and Mr. Moore will be associated in this action with Tennessee counsel for the Defendants, Samuel P. Funk and Michael R. O'Neill of Sims|Funk, PLC, who are licensed in, in good standing with, reside in, and maintain an office in Tennessee.

Accordingly, the Defendants respectfully request that the Court grant this motion and allow Mr. Furr, Mr. Crawford, Mr. Peak and Mr. Moore to appear *pro hac vice* on their behalf in this matter.

                              Respectfully submitted,

                              */s/ Samuel P. Funk*
                              Samuel P. Funk (No. 19777)
                              Michael R. O'Neill (No. 34982)
                              SIMS|FUNK, PLC
                              3322 West End Avenue, Suite 200
                              Nashville, TN 37203
                              (615) 292-9335
                              (615) 649-8565 (fax)
                              sfunk@simsfunk.com
                              moneill@simsfunk.com

                              *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 11th day of April, 2018, a true and correct copy of the foregoing has been served upon the following via the Court's CM/ECF system:

>David W. Garrison
>Seth Marcus Hyatt
>BARRETT JOHNSTON MARTIN & GARRISON, LLC
>414 Union Street, Suite 900
>Nashville, TN 37219
>dgarrison@barrettjohnston.com
>shyatt@barrettjohnston.com
>
>Jack A. Raisner (admitted *pro hac vice*)
>Rene' S. Roupinian (admitted pro hac vice)
>OUTTEN & GOLDEN, LLP
>685 Third Avenue, 25th Floor
>New York, NY  10017
>jar@outtengolden.com
>rsr@outtengolden.com
>
>*Counsel for Plaintiffs*

                */s/ Samuel P. Funk*