UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLENE COLLIER, KAREN GROCE and BARRY KUSNICK, on behalf of themselves and all others similarly situated.<br><br>v.<br><br>MEDCARE INVESTMENT CORPORATION d/b/a MEDCARE INVESTMENT FUNDS, CARDIOVASCULAR CARE GROUP, INC., and CCG OF LOUISIANA, LLC | CASE NO. 18-CV-05387-JTM-JVM |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss With Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Dismiss with Prejudice is hereby GRANTED and any and all claims of plaintiffs against Defendants, Cardiovascular Care Group, Inc. and CCG of Louisiana, LLC and MedCare Investment Fund V, L.P. and/or MedCare Investment Corporation d/b/a MedCare Investment Funds are hereby dismissed, with prejudice, with each party to bear their own costs.

New Orleans, Louisiana, this 13th day of August, 2018.

_____
THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA